UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALTAIR LOGIX LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>PHYTEC AMERICA LLC,<br><br>            Defendant. | CASE NO. 3:19-cv-06142-RSL-JRC<br><br>ORDER TO SUBMIT STIPULATED MOTION AND PROPOSED ORDER |

    This matter is before the Court on the parties' "stipulation to extend time to respond to complaint" to March 16, 2020. Dkt. 11. The parties have neither provided a proposed order nor requested the Court's approval of their stipulated extension.

    A stipulated extension should be presented to the Court for approval by filing a motion containing the parties' reasons for requesting the extension and a proposed order. *See* Local Civil Rules 1(c)(7), 10(g) ("Stipulations . . . shall be binding on the court only if adopted by the court through an order.").

///

///

1 | Therefore, the parties shall provide the Court with a stipulated motion and proposed order in support of any request to extend the time to respond to the complaint. *See* Dkt. 11. The parties shall provide the stipulated motion and proposed order on or before **February 17, 2020.**

Dated this 10th day of February, 2020.

_____
J. Richard Creatura
United States Magistrate Judge